ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Diasonic Technology Co., LTD and Sec Tech Enterprises LLC,<br><br>Defendants. | Case No. **'12CV2543 CAB WVG**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Diasonic Technology Co., LTD ("Diasonic") and Sec Tech, LLC ("Sec Tech") (collectively, "Defendants") as follows:

### NATURE OF THE ACTION

1. This is a civil action for infringement of a patent arising under the laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, § 281. Plaintiff e.Digital seeks a preliminary and permanent injunction and monetary damages for the infringement of its U.S. Patent Nos. 5,839,108; 5,842,170; 5,742,737; and 5,491,774.

///

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-
*COMPLAINT*

## JURISDICTION AND VENUE

2. This court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

3. Venue properly lies within the Southern District of California pursuant to the provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b). On information and belief, Defendant conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the infringing products and/or by conducting other business in this judicial district. Furthermore, Plaintiff e.Digital is headquartered and has its principal place of business in this district, engages in business in this district, and has been harmed by Defendant's conduct, business transactions and sales in this district.

4. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California. In addition, this Court has personal jurisdiction over the Defendants because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California. Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

## PARTIES

5. Plaintiff e.Digital is a Delaware corporation with its headquarters and principal place of business at 16870 West Bernardo Drive, Suite 120, San Diego, CA 92127.

6. Upon information and belief, Defendant Diasonic is a company registered and lawfully existing under the laws of the Republic of Korea, with an office and principal place of business located at 430-040, 321-43 Seoksu-dong Manan-Gu, Anyang-si, Gyeonggi-do, Korea.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

7. Upon information and belief, Defendant Sec Tech is a limited liability company registered and lawfully existing under the laws of the State of Florida, with an office and principal place of business located at 18006 SW 12 CT, Pembroke Pines, Florida. Upon information and belief, Defendant Sec Tech sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: 1) http://www.sectechent.com; 2) www.justrecorders.com; 3) www.onlyrecorders.com; 4) www.digitalrecordingdevices.com; 5) www.bestaudioandvideorecorders.com; 6) www.onlydigitalrecorders.com ; and, 7) www.onlyaudioandvideorecorders.com.

## THE ASSERTED PATENTS

8. On November 17, 1998, United States Patent No. 5,839,108 ("the '108 patent") entitled "Flash Memory File System In A Handheld Record And Playback Device," was duly and legally issued by the United States Patent and Trademark Office. The named inventors are Norbert P. Daberko and Richard K. Davis. e.Digital is the assignee and owner of the entire right, title and interest in and to the '108 patent and has the right to bring this suit for damages and other relief. A true and correct copy of the '108 patent is attached hereto as Exhibit A.

9. On November 24, 1998, United States Patent No. 5,842,170 ("the '170 patent") entitled "Method For Editing In Hand Held Recorder," was duly and legally issued by the United States Patent and Trademark Office. The named inventors are Norbert P. Daberko, Richard K. Davis, and Richard D. Bridgewater. e.Digital is the assignee and owner of the entire right, title and interest in and to the '170 patent and has the right to bring this suit for damages and other relief. A true and correct copy of the '170 patent is attached hereto as Exhibit B.

10. On April 21, 1998, United States Patent No. 5,742,737 ("the '737 patent") entitled "Method For Recording Voice Messages On Flash Memory In A Hand Held Recorder," was duly and legally issued by the United States Patent and Trademark Office. The named inventors are Norbert P. Daberko, Richard K. Davis, and Richard D. Bridgewater. e.Digital is the assignee and owner of the entire right, title and interest in and to the '737 patent and has the right to bring this suit for damages and other relief. A true and correct copy of the '737 patent is attached

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-
COMPLAINT

hereto as Exhibit C.

11. On October 17, 2012, the United States Patent and Trademark Office issued a Reexamination Certificate for the '737 patent, canceling Claim 5 and adding new Claim 13, which is substantially identical to former claim 5. A true and correct copy of the Reexamination Certificate is attached hereto as Exhibit D.

12. On February 13, 1996, United States Patent No. 5,491,774 ("the '774 patent") entitled "Handheld Record And Playback Device With Flash Memory," was duly and legally issued by the United States Patent and Trademark Office. The named inventors are Elwood G. Norris, Norbert P. Daberko, and Steven T. Brightbill. e.Digital is the assignee and owner of the entire right, title and interest in and to the '774 patent and has the right to bring this suit for damages and other relief. A true and correct copy of the '774 patent is attached hereto as Exhibit E.

13. On August 14, 2012, the United States Patent and Trademark Office issued a Reexamination Certificate for the '774 patent. A true and correct copy of the Reexamination Certificate is attached hereto as Exhibit F.

## COUNT ONE

### INFRINGEMENT OF THE '108 PATENT BY DEFENDANTS

14. Plaintiff realleges and incorporates by reference each of the allegations set forth above.

15. Upon information and belief, Defendants, without authority, (a) have directly infringed and continue to directly infringe the '108 patent by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice claim 5 of the '108 patent in violation of 35 U.S.C. § 271(a); (b) have induced and continue to induce infringement of claim 5 of the '108 patent in violation of 35 U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of claim 5 of the '108 patent in violation of 35 U.S.C. § 271(c).

16. The accused products for purposes of the '108 patent include but are not limited to the Diasonic DDR-4000, DDR-5000, DDR-6000 and DDR-7000 series of products, including,

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-
*COMPLAINT*

1  but not limited to, the Diasonic model numbers DDR-4100, 4300, 4500 and 4600, the DDR-5000 and 5300, the DDR-6000 and the DDR-7000.

17. The accused products, alone or in combination with other products, practice each of the limitations of independent claim 5 of the '108 patent.

18. Upon information and belief, Defendants, without authority, have actively induced and continue to actively induce infringement of claim 5 of the '108 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '108 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes claim 5 of the '108 patent. Plaintiff also alleges that Defendants have induced and continue to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendants test or otherwise operate the accused products in the United States.

19. Upon information and belief, Defendants, without authority, have contributed and continue to contribute to the infringement of claim 5 of the '108 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '108 patent, (2) Defendants knows to be especially adapted for use in infringing the '108 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '108 patent.

20. On information and belief, Defendants sell, ship or otherwise deliver the accused products with all the features required to infringe the asserted claims of the '108 patent. On information and belief, these products are designed to practice the infringing features.

21. Defendants had knowledge of infringement of the '108 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of complaints against others within Defendants' industry. On information and belief, Defendants have continued to sell products that practice the '108 patent after acquiring knowledge of infringement.

22. Upon information and belief, the infringement by Defendants has been and is willful.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

23. Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law. Upon information and belief, infringement of the '108 patent is ongoing and will continue unless Defendants are enjoined from further infringement by the court.

## COUNT TWO

### INFRINGEMENT OF THE '170 PATENT BY DEFENDANT

24. Plaintiff realleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 13 above.

25. Upon information and belief, Defendants, without authority, (a) have directly infringed and continue to directly infringe the '170 patent by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice one ore more claims of the '170 patent in violation of 35 U.S.C. § 271(a); (b) have induced and continue to induce infringement of one or more claims of the '170 patent in violation of 35 U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one ore more claims of the '170 patent in violation of 35 U.S.C. § 271(c).

26. The accused products for purposes of the '170 patent include but are not limited to the Diasonic model numbers DDR-5300 and DDR-7000.

27. The accused products, alone or in combination with other products, practice each of the limitations of independent claims 1 and 7 and dependent claims 2 through 6 and 8 through 13 of the '170 patent.

28. Upon information and belief, Defendants, without authority, have actively induced infringement and continue to actively induce infringement of the '170 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '170 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '170 patent. On information and belief, Defendants have induced and continue to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendants test or otherwise operate the accused products in the United States.

29. Upon information and belief, Defendants, without authority, have contributed and

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-6-
*COMPLAINT*

continue to contribute to the infringement of the '170 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '170 patent, (2) Defendants knows to be especially adapted for use in infringing the '170 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '170 patent.

30.  Based on information and belief, Plaintiff alleges that Defendants sell, ship, or otherwise deliver the accused products with all the features required to infringe the asserted claims of the '170 patent. On information and belief, these products are designed to practice the infringing features.

31.  Defendants had knowledge of infringement of the '170 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of complaints against others within Defendants' industry. On information and belief, Defendants have continued to sell products that practice the '170 patent after acquiring knowledge of infringement.

32.  Plaintiff alleges upon information and belief, that the infringement by Defendants has been and is willful.

33.  Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law. Upon information and belief, infringement of the '170 patent is ongoing and will continue unless Defendants are enjoined from further infringement by the court.

## COUNT THREE

### INFRINGEMENT OF THE '737 PATENT BY DEFENDANT

34.  Plaintiff realleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 13 above.

35.  Upon information and belief, Defendants, without authority, (a) have directly infringed and continue to directly infringe the '737 patent by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice one

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-7-
**COMPLAINT**

ore more claims of the '737 patent in violation of 35 U.S.C. § 271(a); (b) have induced and continue to induce infringement of one or more claims of the '737 patent in violation of 35 U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one ore more claims of the '737 patent in violation of 35 U.S.C. § 271(c).

36. The accused products for purposes of the '737 patent include but are not limited to the Diasonic DDR-3000, DMP-105/115, DDR4000, DDR-5000, DDR-6000, DDR-7000 and PDVR-1000 series of products, including, but not limited to, Diasonic model numbers DDR-3022, 3064, and 3256, the DMP-105 and 115, the DDR-4000, 4100, 4300, 4500 and 4600, the DDR-5000 and 5300, the DDR-6000, the DDR-7000 and the PDVR-1000.

37. The accused products, alone or in combination with other products, practice each of the limitations of independent claims 1, 4, 9, 11, and 13 (former claim 5) and dependent claims 2 through 3, 6 through 10, and 12 of the '737 patent.

38. Upon information and belief, Defendants, without authority, have actively induced infringement and continue to actively induce infringement of the '737 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '737 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '737 patent. On information and belief, Defendants have induced and continue to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendants test or otherwise operate the accused products in the United States.

39. Upon information and belief, Defendants, without authority, have contributed and continue to contribute to the infringement of the '737 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '737 patent, (2) Defendants knows to be especially adapted for use in infringing the '737 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '737 patent.

40. Based on information and belief, Plaintiff alleges that Defendants sell, ship, or otherwise deliver the accused products with all the features required to infringe the asserted

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-8-
*COMPLAINT*

claims of the '737 patent.  On information and belief, these products are designed to practice the infringing features.

41.  Defendants had knowledge of infringement of the '737 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of complaints against others within Defendants' industry.  On information and belief, Defendants have continued to sell products that practice the '737 patent after acquiring knowledge of infringement.

42.  Plaintiff alleges upon information and belief, that the infringement by Defendants has been and is willful.

43.  Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law.  Upon information and belief, infringement of the '737 patent is ongoing and will continue unless Defendants are enjoined from further infringement by the court.

## COUNT FOUR

### INFRINGEMENT OF THE '774 PATENT BY DEFENDANT

44.  Plaintiff realleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 13 above.

45.  Upon information and belief, Defendants, without authority, (a) have directly infringed and continue to directly infringe the '774 patent by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice one ore more claims of the '774 patent in violation of 35 U.S.C. § 271(a); (b) have induced and continue to induce infringement of one or more claims of the '774 patent in violation of 35 U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one ore more claims of the '774 patent in violation of 35 U.S.C. § 271(c).

46.  The accused products for purposes of the '774 patent include but are not limited to the Diasonic DD-800, DD-900, DDR-4000, DDR-5000, DDR-7000 and PDVR-1000 series of products, including, but not limited to the Diasonic model numbers DD-803, 804, 807 and 900, the DDR-4000, 4100, 4300, 4500 and 4600, the DDR-5300, the DDR-7000 and the PDVR-1000.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-9-
*COMPLAINT*

47. The accused products, alone or in combination with other products, practice each of the limitations of independent claims 33 and 34, and dependent claims 2 through 4, 6 through 8, 10 through 11, 15 through 18, 23 through 27 of the '774 patent.

48. Upon information and belief, Defendants, without authority, have actively induced infringement and continue to actively induce infringement of the '774 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '774 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '774 patent. On information and belief, Defendants have induced and continue to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendants test or otherwise operate the accused products in the United States.

49. Upon information and belief, Defendants, without authority, have contributed and continue to contribute to the infringement of the '774 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '774 patent, (2) Defendants knows to be especially adapted for use in infringing the '774 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '774 patent.

50. Based on information and belief, Plaintiff alleges that Defendants sell, ship, or otherwise deliver the accused products with all the features required to infringe the asserted claims of the '774 patent. On information and belief, these products are designed to practice the infringing features.

51. Defendants had knowledge of infringement of the '774 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of complaints against others within Defendants' industry. On information and belief, Defendants have continued to sell products that practice the '774 patent after acquiring knowledge of infringement.

52. Plaintiff alleges upon information and belief, that the infringement by Defendants has been and is willful.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-10-
**COMPLAINT**

53. Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law. Upon information and belief, infringement of the '774 patent is ongoing and will continue unless Defendants are enjoined from further infringement by the court.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That Defendants be declared to have infringed the Patents-in-Suit;

2. That Defendants' infringement of the Patents-in-Suit has been deliberate and willful;

3. Preliminarily and permanently enjoining the Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from infringement of the Patents-in-Suit, including nut not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

4. Compensation for all damages caused by Defendants' infringement of the Patents-in-Suit to be determined at trial;

5. Enhancing Plaintiff's damages up to three (3) times their amount pursuant to 35 U.S.C. § 284;

6. Granting Plaintiff pre- and post-judgment interest on its damages, together with all costs and expenses; and

7. Awarding such other relief as this Court may deem just and proper.

**HANDAL & ASSOCIATES**

Dated: October 19, 2012         By: /s/ Gabriel G. Hedrick
                                    Anton N. Handal
                                    Gabriel G. Hedrick
                                    Pamela C. Chalk
                                    Attorneys for Plaintiff
                                    e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-11-
*COMPLAINT*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims.

**HANDAL & ASSOCIATES**

Dated: October 19, 2012

By: /s/ Gabriel G. Hedrick
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-12-
*COMPLAINT*