1  ANTON HANDAL (Bar No. 113812)
   anh@handal-law.com
2  GABRIEL HEDRICK (Bar No. 220649)
   ghedrick@handal-law.com
3  PAMELA C. CHALK (Bar No. 216411)
   pchalk@handal-law.com
4  HANDAL & ASSOCIATES
   1200 Third Avenue, Suite 1321
5  San Diego, California 92101
   Tel: 619.544.6400
6  Fax: 619.696.0323

7  Attorneys for Plaintiff
   e.Digital Corporation
8

9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  e.Digital Corporation,                    Case No.   3:12-cv-02543-CAB-WVG

13              Plaintiff,

14        v.                                   **FIRST AMENDED COMPLAINT FOR
                                               PATENT INFRINGEMENT**
15  Diasonic Technology Co., LTD; Sec Tech
    Enterprises LLC; Buy.com Inc.; MHDnet LLC  **DEMAND FOR JURY TRIAL**
16  dba Shones Security; Gadgets and Gear
    Enterprise Corporation; Renovatio Enterprise **Judge: Hon. Cathy Ann Bencivengo
17  LLC dba Stun Gun Mikes; Smarthome, Inc.;   Ctrm: 2 (Fourth Floor)**
    Milestone Safety, LLC; Spy Tech International
18  Inc. dba Spy Tech Inc.; Atlas Technology
    Group, a division of Atlas Electronics, Inc.;
19  Teton Web Stores dba RecorderGear.com; KJB
    Security Products, Inc.; Spysonic Inc. aka
20  Spysonic.com; Tracking System Direct;
    EyeSpy Pro; eSales, Inc. dba Spy Supply Store;
21  Spyville.com LLC; Skyway Security LLC;
    Mini Gadgets, Inc.; Spy Shop of Arizona; The
22  Protection Pros LLC; 123Greetings.com, Inc.;
    and J & J Promotions, Inc. dba Detective.com.
23
            Defendants.
24

25

26        Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff"), by and through its undersigned

27  counsel, complains and alleges against Diasonic Technology Co., LTD ("Diasonic"); Sec Tech,

28  LLC ("Sec Tech");  Buy.com Inc. ("Buy.com"); MHDnet LLC dba Shones Security ("MHDnet");

**HANDAL & ASSOCIATES**
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*        -1-        Case No. 3:12-cv-02543-CAB-WVG

1  Gadgets and Gear Enterprise Corporation ("Gadgets and Gear"); Renovatio Enterprise LLC dba

2  Stun Gun Mikes ("Renovatio"); Smarthome, Inc. ("Smarthome"); Milestone Safety, LLC

3  ("Milestone Safety"); Spy Tech International Inc. dba Spy Tech Inc. ("Spy Tech"); Atlas

4  Technology Group, a division of Atlas Electronics, Inc. ("Atlas"); Teton Web Stores dba

5  RecorderGear.com ("Teton"); KJB Security Products, Inc. ("KJB Security"); Spysonic Inc. aka

6  Spysonic.com ("Spysonic"); Tracking System Direct ("Tracking System Direct"); EyeSpy Pro

7  ("EyeSpy Pro"); eSales, Inc. dba Spy Supply Store ("eSales"); Spyville.com, LLC

8  ("Spyville.com"); Skyway Security LLC ("Skyway Security"); Mini Gadgets, Inc. ("Mini

9  Gadgets"); Spy Shop of Arizona ("Spy Shop of Arizona"); The Protection Pros LLC ("The

10  Protection Pros"); 123Greetings.com, Inc. ("123Greetings.com"), and, J & J Promotions, Inc.

11  dba Detective.com ("J & J")  (collectively, "Defendants") as follows:

12  **NATURE OF THE ACTION**

13  1.     This is a civil action for infringement of a patent arising under the laws of the

14  United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, § 281.

15  Plaintiff e.Digital seeks a preliminary and permanent injunction and monetary damages for the

16  infringement of its U.S. Patent Nos. 5,839,108; 5,842,170; 5,742,737; and 5,491,774.

17  **JURISDICTION AND VENUE**

18  2.     This court has subject matter jurisdiction over this case for patent infringement

19  under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of

20  America, 35 U.S.C. § 101, *et seq.*

21  3.     Venue properly lies within the Southern District of California pursuant to the

22  provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).  On information and belief,

23  Defendant conducts substantial business directly and/or through third parties or agents in this

24  judicial district by selling and/or offering to sell the infringing products and/or by conducting

25  other business in this judicial district.  Furthermore, Plaintiff e.Digital is headquartered and has

26  its principal place of business in this district, engages in business in this district, and has been

27  harmed by Defendant's conduct, business transactions and sales in this district.

28  4.     This Court has personal jurisdiction over Defendant because, on information and

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -2-          Case No. 3:12-cv-02543-CAB-WVG

belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California.  In addition, this Court has personal jurisdiction over the Defendants because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California.  Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

## PARTIES

5.      Plaintiff e.Digital is a Delaware corporation with its headquarters and principal place of business at 16870 West Bernardo Drive, Suite 120, San Diego, CA 92127.

6.      Upon information and belief, Defendant Diasonic is a company registered and lawfully existing under the laws of the Republic of Korea, with an office and principal place of business located at 430-040, 321-43 Seoksu-dong Manan-Gu, Anyang-si, Gyeonggi-do, Korea.

7.      Upon information and belief, Defendant Sec Tech is a limited liability company registered and lawfully existing under the laws of the State of Florida, with an office and principal place of business located at 18006 SW 12 CT, Pembroke Pines, Florida. Upon information and belief, Defendant Sec Tech sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to:1)http://www.sectechent.com; 2) www.justrecorders.com; 3) www.onlyrecorders.com; 4)www.digitalrecordingdevices.com;5)www.bestaudioandvideorecorders.com;6) www.onlydigit alrecorders.com ; and/or 7) www.onlyaudioandvideorecorders.com.

8.       Upon information and belief, Defendant Buy.com is a corporation registered and lawfully existing under the laws of the State of Delaware, with an office and principal place of business located at 85 Enterprise, Suite 100, Aliso Viejo, California, 92656. Upon information and belief, Defendant Buy.com Inc. sells products, including but not limited to, the accused

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*                     -3-                     Case No. 3:12-cv-02543-CAB-WVG

products, on various websites that it owns, operates, and controls, including but not limited to: http://www.buy.com.

9.  Upon information and belief, Defendant MHDnet is a limited liability company registered and lawfully existing under the laws of the State of Pennsylvania, with an office and principal place of business located at 126 Gardenview Drive, Thorndale, Pennsylvania 19372. Upon information and belief, Defendant MHDnet sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.shonessecurity.com.

10.  Upon information and belief, Defendant Gadgets and Gear is a corporation registered and lawfully existing under the laws of the State of New York, with an office and principal place of business located at 517 Commack Road, Deer Park, New York 11729. Upon information and belief, Defendant Gadgets and Gear Enterprises Corporation sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.gadgetsandgear.com.

11.  Upon information and belief, Defendant Renovatio is a limited liability company registered and lawfully existing under the laws of the State of Delaware, with an office and principal place of business located at 315 Seaview Avenue, Suite B27781, Bridgeport, Connecticut 06607. Upon information and belief, Defendant Renovatio sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.stungunmikes.com.

12.  Upon information and belief, Defendant Smarthome is a corporation registered and lawfully existing under the laws of the State of Delaware, with an office and principal place of business located at 16542 Millikan Avenue, Irvine, California 92606. Upon information and belief, Defendant Smarthome sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.smarthome.com.

13.  Upon information and belief, Defendant Milestone Safety is a limited liability company registered and lawfully existing under the laws of the State of California, with an office

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*                    -4-                    Case No. 3:12-cv-02543-CAB-WVG

and principal place of business located at 1062 Lois Avenue, Sunnyvale, California 94087. Upon information and belief, Defendant Milestone Safety sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.milestonesafety.com.

14.     Upon information and belief, Defendant Spy Tech is a corporation registered and lawfully existing under the laws of the State of New York, with an office and principal place of business located at 44 West 55th Street, Suite 3, New York, New York 10019. Upon information and belief, Defendant Spy Tech sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.spytechinc.com.

15.     Upon information and belief, Defendant Atlas is a corporation registered and lawfully existing under the laws of the State of Florida, with an office and principal place of business located at 20533 Biscayne Blvd, Suite 100, Aventura, Florida 33180. Upon information and belief, Defendant Atlas sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.proofpronto.com.

16.     Upon information and belief, Defendant Teton is a company registered and lawfully existing under the laws of the State of Idaho, with an office and principal place of business located at 1920 North 3000 West, Rexburg, Idaho 83440. Upon information and belief, Defendant Teton sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.recordergear.com.

17.     Upon information and belief, Defendant KJB Security is a corporation registered and lawfully existing under the laws of the State of Tennessee, with an office and principal place of business located at 841 Fesslers Parkway, Nashville, Tennessee 37210. Upon information and belief, Defendant KJB Security sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.kjbsecurity.com.  Upon information and belief and thereupon so stated, KJB Security

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*FIRST AMENDED COMPLAINT*                    -5-                    Case No. 3:12-cv-02543-CAB-WVG

1  may and/or does market the accused products under the brand name "KJB Diasonic Voice

2  Recorder."

3      18.     Upon information and belief, Defendant Spysonic is a corporation registered and

4  lawfully existing under the laws of the State of California, with an office and principal place of

5  business located at 3528 Priscilla Drive, West Covina, California 91792. Upon information and

6  belief, Defendant Spysonic sells products, including but not limited to, the accused products, on

7  various websites that it owns, operates, and controls, including but not limited to:

8  http://www.amazon.com.

9      19.     Upon information and belief, Defendant Tracking System Direct is a company

10 registered and lawfully existing under the laws of the State of California, with an office and

11 principal place of business located at 28360 Old Town Front Street, Temecula, California 92593.

12 Upon information and belief, Defendant Tracking System Direct sells products, including but not

13 limited to, the accused products, on various websites that it owns, operates, and controls,

14 including but not limited to: http://www.tracking-system.com.

15     20.     Upon information and belief, Defendant EyeSpy Pro is a company lawfully

16 existing under the laws of the State of California, with an office and principal place of business

17 located at 2973 Harbor Blvd., Suite 691, Costa Mesa, California 92626. Upon information and

18 belief, Defendant EyeSpy Pro sells products, including but not limited to, the accused products,

19 on various websites that it owns, operates, and controls, including but not limited to:

20 http://www.eyespypro.com.

21     21.     Upon information and belief, Defendant eSales is a corporation registered and

22 lawfully existing under the laws of the State of Nevada, with an office and principal place of

23 business located at 8550 West Charleston Blvd., Suite 102-124, Las Vegas, Nevada 89117. Upon

24 information and belief, Defendant eSales sells products, including but not limited to, the accused

25 products, on various websites that it owns, operates, and controls, including but not limited to:

26 http://spysupplystore.com.

27     22.     Upon information and belief, Defendant Spyville.com is a limited liability

28 company registered and lawfully existing under the laws of the State of Tennessee, with an office

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*            -6-            Case No. 3:12-cv-02543-CAB-WVG

and principal place of business located at 1719 Andy Lane, Monterey, Tennessee 38574. Upon information and belief, Defendant Spyville.com sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.spyville.com.

23.     Upon information and belief, Defendant Skyway Security is a limited liability company registered and lawfully existing under the laws of the State of Florida, with an office and principal place of business located at 201-B West Butler Road, Unit 1111, Mauldin, South Carolina 29662. Upon information and belief, Defendant Skyway Security sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.skywaysecurity.com.

24.     Upon information and belief, Defendant Mini Gadgets is a corporation registered and lawfully existing under the laws of the State of Georgia, with an office and principal place of business located at 701 Whitlock Avenue, Suite K-47, Marietta, Georgia 30064. Upon information and belief, Defendant Mini Gadgets sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.minigadgets.com.

25.     Upon information and belief, Defendant Spy Shop of Arizona is a company registered and lawfully existing under the laws of the State of Arizona, with an office and principal place of business located at 1041 East Camelback, Phoenix, Arizona 85014. Upon information and belief, Defendant Spy Shop of Arizona sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.arizonaspyshop.com.

26.     Upon information and belief, Defendant The Protection Pros is a limited liability company registered and lawfully existing under the laws of the State of Indiana, with an office and principal place of business located at 11683 North 100 E, Morristown, IN 46161. Upon information and belief, Defendant The Protection Pros sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: http://www.theprotectionpros.com.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*FIRST AMENDED COMPLAINT*                    -7-                    Case No. 3:12-cv-02543-CAB-WVG

27.     Upon information and belief, Defendant 123Greetings.com is a corporation registered and lawfully existing under the laws of the State of Delaware, with an office and principal place of business located at 107 Northern Blvd., Suite 414, Great Neck, New York 11021. Upon information and belief, Defendant 123Greetings.com sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: 1) http//store.123greetings.com; and/or 2) http://www.sears.com.

28.     Upon information and belief, Defendant J & J dba Detective.com is a corporation registered and lawfully existing under the laws of the State of Illinois, with an office and principal place of business located at 2413 W Algonquin Rd  Suite 508  Algonquin, IL 60102. Upon information and belief, Defendant J & J sells products, including but not limited to, the accused products, on various websites that it owns, operates, and controls, including but not limited to: 1) http://www.detectives.com.

## THE ASSERTED PATENTS

29.     On November 17, 1998, United States Patent No. 5,839,108 ("the '108 patent") entitled "Flash Memory File System In A Handheld Record And Playback Device," was duly and legally issued by the United States Patent and Trademark Office.  The named inventors are Norbert P. Daberko and Richard K. Davis.  e.Digital is the assignee and owner of the entire right, title and interest in and to the '108 patent and has the right to bring this suit for damages and other relief.  A true and correct copy of the '108 patent is attached hereto as Exhibit A.

30.     On November 24, 1998, United States Patent No. 5,842,170 ("the '170 patent") entitled "Method For Editing In Hand Held Recorder," was duly and legally issued by the United States Patent and Trademark Office.  The named inventors are Norbert P. Daberko, Richard K. Davis, and Richard D. Bridgewater.  e.Digital is the assignee and owner of the entire right, title and interest in and to the '170 patent and has the right to bring this suit for damages and other relief.  A true and correct copy of the '170 patent is attached hereto as Exhibit B.

31.     On April 21, 1998, United States Patent No. 5,742,737 ("the '737 patent") entitled "Method For Recording Voice Messages On Flash Memory In A Hand Held Recorder," was duly and legally issued by the United States Patent and Trademark Office.  The named inventors

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*                -8-                Case No. 3:12-cv-02543-CAB-WVG

1    are Norbert P. Daberko, Richard K. Davis, and Richard D. Bridgewater.  e.Digital is the assignee

2    and owner of the entire right, title and interest in and to the '737 patent and has the right to bring

3    this suit for damages and other relief.  A true and correct copy of the '737 patent is attached

4    hereto as Exhibit C.

5          32.    On October 17, 2012, the United States Patent and Trademark Office issued a

6    Reexamination Certificate for the '737 patent, canceling Claim 5 and adding new Claim 13,

7    which is substantially identical to former claim 5.  A true and correct copy of the Reexamination

8    Certificate is attached hereto as Exhibit D.

9          33.    On February 13, 1996, United States Patent No. 5,491,774 ("the '774 patent")

10   entitled "Handheld Record And Playback Device With Flash Memory," was duly and legally

11   issued by the United States Patent and Trademark Office.  The named inventors are Elwood G.

12   Norris, Norbert P. Daberko, and Steven T. Brightbill.  e.Digital is the assignee and owner of the

13   entire right, title and interest in and to the '774 patent and has the right to bring this suit for

14   damages and other relief.  A true and correct copy of the '774 patent is attached hereto as Exhibit

15   E.

16         34.    On August 14, 2012, the United States Patent and Trademark Office issued a

17   Reexamination Certificate for the '774 patent.  A true and correct copy of the Reexamination

18   Certificate is attached hereto as Exhibit F.

19                                **COUNT ONE**

20              **INFRINGEMENT OF THE '108 PATENT BY DEFENDANTS**

21         35.    Plaintiff realleges and incorporates by reference each of the allegations set forth

22   above.

23         36.    Upon information and belief, Defendants, without authority, (a) have directly

24   infringed and continue to directly infringe the '108 patent by making, using, offering to sell, or

25   selling within the United States, or importing into the United States, products that practice claim

26   5 of the '108 patent in violation of 35 U.S.C. § 271(a); (b) have induced and continue to induce

27   infringement of claim 5 of the '108 patent in violation of 35 U.S.C. § 271(b); and (c) have

28   contributed and continue to contribute to the infringement of claim 5 of the '108 patent in

**HANDAL & ASSOCIATES**
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -9-          Case No. 3:12-cv-02543-CAB-WVG

1    violation of 35 U.S.C. § 271(c).

2    37.    The accused products for purposes of the '108 patent include but are not limited

3    to the Diasonic and/or "KJB Diasonic" DDR-4000, DDR-5000, DDR-6000 and DDR-7000

4    series of products, including, but not limited to, the Diasonic and/or "KJB Diasonic"  model

5    numbers DDR-4100, 4300, 4500 and 4600, the DDR-5000 and 5300, the DDR-6000 and the

6    DDR-7000.

7    38.    The accused products, alone or in combination with other products, practice each

8    of the limitations of independent claim 5 of the '108 patent.

9    39.    Upon information and belief, Defendants, without authority, have actively

10    induced and continue to actively induce infringement of claim 5 of the '108 patent in violation of

11    35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '108 patent and/or by

12    intentionally instructing others how to use the accused products in a manner that infringes claim

13    5 of the '108 patent. Plaintiff also alleges that Defendants have induced and continue to induce

14    infringement by instructing customers to operate the products in an infringing manner and/or

15    when Defendants test or otherwise operate the accused products in the United States.

16    40.    Upon information and belief, Defendants, without authority, have contributed and

17    continue to contribute to the infringement of claim 5 of the '108 patent in violation of 35 U.S.C.

18    § 271(c) by importing into the United States, selling and/or offering to sell within the United

19    States accused products that (1) embody and constitute a material part of the invention of the

20    '108 patent, (2) Defendants knows to be especially adapted for use in infringing the '108 patent,

21    and (3) are not staple articles of commerce suitable for substantial non-infringing use with

22    respect to the '108 patent.

23    41.    On information and belief, Defendants sell, ship or otherwise deliver the accused

24    products with all the features required to infringe the asserted claims of the '108 patent.  On

25    information and belief, these products are designed to practice the infringing features.

26    42.    Defendants had knowledge of infringement of the '108 patent since at least the

27    filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of

28    complaints against others within Defendants' industry.  On information and belief, Defendants

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*      -10-      Case No. 3:12-cv-02543-CAB-WVG

1    have continued to sell products that practice the '108 patent after acquiring knowledge of

2    infringement.

3        43.    Upon information and belief, the infringement by Defendants has been and is

4    willful.

5        44.    Plaintiff has been irreparably harmed by these acts of infringement and has no

6    adequate remedy at law.   Upon information and belief, infringement of the '108 patent is

7    ongoing and will continue unless Defendants are enjoined from further infringement by the

8    court.

9                                **COUNT TWO**

10              **INFRINGEMENT OF THE '170 PATENT BY DEFENDANT**

11       45.    Plaintiff realleges and incorporates by reference each of the allegations set forth

12   above.

13       46.    Upon information and belief, Defendants, without authority, (a) have directly

14   infringed and continue to directly infringe the '170 patent by making, using, offering to sell, or

15   selling within the United States, or importing into the United States, products that practice one

16   ore more claims of the '170 patent in violation of 35 U.S.C. § 271(a); (b) have induced and

17   continue to induce infringement of one or more claims of the '170 patent in violation of 35

18   U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one

19   ore more claims of the '170 patent in violation of 35 U.S.C. § 271(c).

20       47.    The accused products for purposes of the '170 patent include but are not limited

21   to the Diasonic and/or "KJB Diasonic" model numbers DDR-5300 and DDR-7000.

22       48.    The accused products, alone or in combination with other products, practice each

23   of the limitations of independent claims 1 and 7 and dependent claims 2 through 6 and 8 through

24   13 of the '170 patent.

25       49.    Upon information and belief, Defendants, without authority, have actively

26   induced infringement and continue to actively induce infringement of the '170 patent in violation

27   of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '170 patent and/or

28   by intentionally instructing others how to use the accused products in a manner that infringes the

*HANDAL & ASSOCIATES*
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*            -11-            Case No. 3:12-cv-02543-CAB-WVG

1   claims of the '170 patent.  On information and belief, Defendants have induced and continue to

2   induce infringement by instructing customers to operate the products in an infringing manner

3   and/or when Defendants test or otherwise operate the accused products in the United States.

4       50.     Upon information and belief, Defendants, without authority, have contributed and

5   continue to contribute to the infringement of the '170 patent in violation of 35 U.S.C. § 271(c) by

6   importing into the United States, selling and/or offering to sell within the United States accused

7   products that (1) embody and constitute a material part of the invention of the '170 patent, (2)

8   Defendants knows to be especially adapted for use in infringing the '170 patent, and (3) are not

9   staple articles of commerce suitable for substantial non-infringing use with respect to the '170

10  patent.

11      51.     Based on information and belief, Plaintiff alleges that Defendants sell, ship, or

12  otherwise deliver the accused products with all the features required to infringe the asserted

13  claims of the '170 patent.  On information and belief, these products are designed to practice the

14  infringing features.

15      52.     Defendants had knowledge of infringement of the '170 patent since at least the

16  filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of

17  complaints against others within Defendants' industry.  On information and belief, Defendants

18  have continued to sell products that practice the '170 patent after acquiring knowledge of

19  infringement.

20      53.     Plaintiff alleges upon information and belief, that the infringement by Defendants

21  has been and is willful.

22      54.     Plaintiff has been irreparably harmed by these acts of infringement and has no

23  adequate remedy at law.  Upon information and belief, infringement of the '170 patent is

24  ongoing and will continue unless Defendants are enjoined from further infringement by the

25  court.

26                      **COUNT THREE**

27          **INFRINGEMENT OF THE '737 PATENT BY DEFENDANT**

28      55.     Plaintiff realleges and incorporates by reference each of the allegations set forth

*HANDAL & ASSOCIATES*
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -12-          Case No. 3:12-cv-02543-CAB-WVG

1    above.

2        56.     Upon information and belief, Defendants, without authority, (a) have directly

3    infringed and continue to directly infringe the '737 patent by making, using, offering to sell, or

4    selling within the United States, or importing into the United States, products that practice one

5    ore more claims of the '737 patent in violation of 35 U.S.C. § 271(a); (b) have induced and

6    continue to induce infringement of one or more claims of the '737 patent in violation of 35

7    U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one

8    ore more claims of the '737 patent in violation of 35 U.S.C. § 271(c).

9        57.     The accused products for purposes of the '737 patent include but are not limited

10   to the Diasonic and/or "KJB Diasonic" DDR-3000, DMP-105/115, DDR4000, DDR-5000,

11   DDR-6000, DDR-7000 and PDVR-1000 series of products, including, but not limited to,

12   Diasonic and/or "KJB Diasonic" model numbers DDR-3022, 3064, and 3256, the DMP-105 and

13   115, the DDR-4000, 4100, 4300, 4500 and 4600, the DDR-5000 and 5300, the DDR-6000, the

14   DDR-7000 and the PDVR-1000.

15       58.     The accused products, alone or in combination with other products, practice each

16   of the limitations of independent claims 1, 4, 9, 11, and 13 (former claim 5) and dependent

17   claims 2 through 3, 6 through 10, and 12 of the '737 patent.

18       59.     Upon information and belief, Defendants, without authority, have actively

19   induced infringement and continue to actively induce infringement of the '737 patent in violation

20   of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '737 patent and/or

21   by intentionally instructing others how to use the accused products in a manner that infringes the

22   claims of the '737 patent.  On information and belief, Defendants have induced and continue to

23   induce infringement by instructing customers to operate the products in an infringing manner

24   and/or when Defendants test or otherwise operate the accused products in the United States.

25       60.     Upon information and belief, Defendants, without authority, have contributed and

26   continue to contribute to the infringement of the '737 patent in violation of 35 U.S.C. § 271(c) by

27   importing into the United States, selling and/or offering to sell within the United States accused

28   products that (1) embody and constitute a material part of the invention of the '737 patent, (2)

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*            -13-            Case No. 3:12-cv-02543-CAB-WVG

1  Defendants knows to be especially adapted for use in infringing the '737 patent, and (3) are not

2  staple articles of commerce suitable for substantial non-infringing use with respect to the '737

3  patent.

4        61.     Based on information and belief, Plaintiff alleges that Defendants sell, ship, or

5  otherwise deliver the accused products with all the features required to infringe the asserted

6  claims of the '737 patent.  On information and belief, these products are designed to practice the

7  infringing features.

8        62.     Defendants had knowledge of infringement of the '737 patent since at least the

9  filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of

10  complaints against others within Defendants' industry.  On information and belief, Defendants

11  have continued to sell products that practice the '737 patent after acquiring knowledge of

12  infringement.

13        63.     Plaintiff alleges upon information and belief, that the infringement by Defendants

14  has been and is willful.

15        64.     Plaintiff has been irreparably harmed by these acts of infringement and has no

16  adequate remedy at law.  Upon information and belief, infringement of the '737 patent is

17  ongoing and will continue unless Defendants are enjoined from further infringement by the

18  court.

19  **COUNT FOUR**

20  **INFRINGEMENT OF THE '774 PATENT BY DEFENDANT**

21        65.     Plaintiff realleges and incorporates by reference each of the allegations set forth

22  above.

23        66.     Upon information and belief, Defendants, without authority, (a) have directly

24  infringed and continue to directly infringe the '774 patent by making, using, offering to sell, or

25  selling within the United States, or importing into the United States, products that practice one

26  ore more claims of the '774 patent in violation of 35 U.S.C. § 271(a); (b) have induced and

27  continue to induce infringement of one or more claims of the '774 patent in violation of 35

28  U.S.C. § 271(b); and (c) have contributed and continue to contribute to the infringement of one

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -14-          Case No. 3:12-cv-02543-CAB-WVG

1    ore more claims of the '774 patent in violation of 35 U.S.C. § 271(c).

2        67.    The accused products for purposes of the '774 patent include but are not limited

3    to the Diasonic and/or "KJB Diasonic" DD-800, DD-900, DDR-4000, DDR-5000, DDR-7000

4    and PDVR-1000 series of products, including, but not limited to the Diasonic and/or "KJB

5    Diasonic" model numbers DD-803, 804, 807 and 900, the DDR-4000, 4100, 4300, 4500 and

6    4600, the DDR-5300, the DDR-7000 and the PDVR-1000.

7        68.    The accused products, alone or in combination with other products, practice each

8    of the limitations of independent claims 33 and 34, and dependent claims 2 through 4, 6 through

9    8, 10 through 11, 15 through 18, 23 through 27 of the '774 patent.

10       69.    Upon information and belief, Defendants, without authority, have actively

11   induced infringement and continue to actively induce infringement of the '774 patent in violation

12   of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '774 patent and/or

13   by intentionally instructing others how to use the accused products in a manner that infringes the

14   claims of the '774 patent.  On information and belief, Defendants have induced and continue to

15   induce infringement by instructing customers to operate the products in an infringing manner

16   and/or when Defendants test or otherwise operate the accused products in the United States.

17       70.    Upon information and belief, Defendants, without authority, have contributed and

18   continue to contribute to the infringement of the '774 patent in violation of 35 U.S.C. § 271(c) by

19   importing into the United States, selling and/or offering to sell within the United States accused

20   products that (1) embody and constitute a material part of the invention of the '774 patent, (2)

21   Defendants knows to be especially adapted for use in infringing the '774 patent, and (3) are not

22   staple articles of commerce suitable for substantial non-infringing use with respect to the '774

23   patent.

24       71.    Based on information and belief, Plaintiff alleges that Defendants sell, ship, or

25   otherwise deliver the accused products with all the features required to infringe the asserted

26   claims of the '774 patent.  On information and belief, these products are designed to practice the

27   infringing features.

28       72.    Defendants had knowledge of infringement of the '774 patent since at least the

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*                    -15-                    Case No. 3:12-cv-02543-CAB-WVG

1    filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of

2    complaints against others within Defendants' industry.  On information and belief, Defendants

3    have continued to sell products that practice the '774 patent after acquiring knowledge of

4    infringement.

5          73.    Plaintiff alleges upon information and belief, that the infringement by Defendants

6    has been and is willful.

7          74.    Plaintiff has been irreparably harmed by these acts of infringement and has no

8    adequate remedy at law.  Upon information and belief, infringement of the '774 patent is

9    ongoing and will continue unless Defendants are enjoined from further infringement by the

10   court.

11                                 **PRAYER FOR RELIEF**

12         WHEREFORE, Plaintiff prays for relief and judgment as follows:

13         1.    That Defendants be declared to have infringed the Patents-in-Suit;

14         2.    That Defendants' infringement of the Patents-in-Suit has been deliberate and

15   willful;

16         3.    Preliminarily and permanently enjoining the Defendants, their officers, agents,

17   servants, employees, and attorneys, and those persons in active concert or participation with

18   them, from infringement of the Patents-in-Suit, including nut not limited to any making, using,

19   offering for sale, selling, or importing of unlicensed infringing products within and without the

20   United States;

21         4.    Compensation for all damages caused by Defendants' infringement of the Patents-

22   in-Suit to be determined at trial;

23         5.    Enhancing Plaintiff's damages up to three (3) times their amount pursuant to 35

24   U.S.C. § 284;

25         6.    Granting Plaintiff pre- and post-judgment interest on its damages, together with

26   all costs and expenses; and

27         7.    Awarding such other relief as this Court may deem just and proper.

28

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -16-          Case No. 3:12-cv-02543-CAB-WVG

1

**HANDAL & ASSOCIATES**

2

Dated: December 20, 2012

By:  /s/ Gabriel G. Hedrick_____

3

Anton N. Handal
Gabriel G. Hedrick

4

Pamela C. Chalk
Attorneys for Plaintiff

5

e.Digital Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HANDAL & ASSOCIATES*
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*          -17-          Case No. 3:12-cv-02543-CAB-WVG

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims.

**HANDAL & ASSOCIATES**

Dated:  December 20, 2012

By:  /s/ Gabriel G. Hedrick_____
   Anton N. Handal
   Gabriel G. Hedrick
   Pamela C. Chalk
   Attorneys for Plaintiff
   e.Digital Corporation

**HANDAL & ASSOCIATES**
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*FIRST AMENDED COMPLAINT*  -18-  Case No. 3:12-cv-02543-CAB-WVG