| | |
|---|---|
| ANTON HANDAL (Bar No. 113812) <br> anh@handal-law.com <br> PAMELA C. CHALK (Bar No. 216411) <br> pchalk@handal-law.com <br> GABRIEL HEDRICK (Bar No. 220649) <br> ghedrick@handal-law.com <br> HANDAL & ASSOCIATES <br> 1200 Third Avenue, Suite 1321 <br> San Diego, California 92101 <br> Tel: 619.544.6400 <br> Fax: 619.696.0323 <br><br> Attorneys for Plaintiff <br> e.Digital Corporation | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Diasonic Technology Co., LTD; Sec Tech Enterprises LLC; Buy.com Inc.; MHDnet LLC dba Shones Security; Gadgets and Gear Enterprises Corporation; Renovatio Enterprise LLC dba Stun Gun Mikes; Smarthome, Inc.; Milestone Safety, LLC; Spy Tech International Inc. dba Spy Tech Inc.; Atlas Technology Group, a division of Atlas Electronics, Inc.; Teton Web Stores dba RecorderGear.com; KJB Security Products, Inc.; Spysonic Inc. aka Spysonic.com; Tracking System Direct; EyeSpy Pro; eSales, Inc. dba Spy Supply Store; Spyville.com LLC; Skyway Security LLC; Mini Gadgets, Inc.; Spy Shop of Arizona; The Protection Pros LLC; 123Greetings.com, Inc.; and J & J Promotions, Inc. dba Detective.com, <br><br> Defendants. | Case No.   3:12-cv-02543-CAB-WVG <br><br> **PLAINTIFF E.DIGITAL CORPORATION'S UNOPPOSED *EX PARTE* MOTION TO EXTEND THE TIME AS TO CERTAIN DEFENDANTS IN THIS MATTER TO RESPOND TO THE FIRST AMENDED COMPLAINT UNTIL MAY 3, 2013 OR WHATEVER DATE THE COURT DEEMS JUST AND REASONABLE UNDER THE CIRCUMSTANCES** <br><br> **Judge: Hon. Cathy Ann Bencivengo** <br> **Ctrm: 2 (Fourth Floor)** |

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

EX PARTE RE: MOTION TO EXTEND TIME                                    CASE NO.: 3:12-CV-02543-CAB-WVG

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2    SOUTHERN DISTRICT OF CALIFORNIA:

3    Pursuant to Local Civil Rule 12.1, Plaintiff e.Digital Corporation ("Plaintiff") hereby presents this *ex parte* motion for an order extending the time for certain of the named defendants ("Defendants") in this matter to respond to Plaintiff's First Amended FAC ("FAC"). (Docket #12). Plaintiff filed the FAC in this action against the Defendants on December 20, 2012. (Docket #12). None of the Defendants have appeared in this case to date.  It is anticipated that this motion is unopposed.

## I.   THE STATUS OF SERVICE UPON THE DEFENDANTS IN THIS MATTER

### A.   DIASONIC TECHNOLOGY CO. LTD.

Defendant Diasonic Technology Co. Ltd.  ("Diasonic"), a South Korean business entity, has agreed to waive service of process and, in doing so, has extended the time by which it must respond to the FAC to April 2, 2013. (See Docket #14). Pursuant to Federal Rule of Civil Procedure Rule 4(d)(3), Diasonic's response to the FAC is now due on or before April 2, 2013. (See Docket #14).  Diasonic has not asked for an extension of time to respond to the FAC.

### B.   SEC TECH ENTERPRISES LLC

Since the filing of the original Complaint, Defendant Sec Tech Enterprises LLC ("Sec Tech"), a Florida business, has agreed to waive service of process.  (See Docket #8).  A copy of the FAC was served upon it via email and mail on or about January 8, 2013. (See Docket #16). Sec Tech and/or its counsel have acknowledged receipt of the FAC.  Sec Tech had until on or about January 29, 2013 to respond to the FAC. It has not done so to date.  Sec Tech has not asked for an extension of time to respond to the FAC. Plaintiff anticipates seeking the entry of default as to Sec Tech and has provided notice of such to Sec Tech and/or its counsel.

### C.   KJB SECURITY PRODUCTS, INC.

Since the filing of the FAC, Defendant KJB Security Products, Inc. ("KJB") has agreed to waive service of process and, in doing so, has extended the time by which it must respond to the FAC to March 18, 2013. (See Docket #19). Pursuant to Federal Rule of Civil Procedure Rule

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

EX PARTE RE: MOTION TO EXTEND TIME                                                    CASE NO.: 3:12-CV-02543-CAB-WVG

4(d)(3),KJB's response to the FAC is now due on or before March 18, 2013. (See Docket #19).

**D.  SPYVILLE.COM LLC**

Since the filing of the FAC, Defendant Spyville.Com LLC ("Spyville") has agreed to waive service of process and, in doing so, has extended the time by which it must respond to the FAC to April 2, 2013. (See Docket #19). Pursuant to Federal Rule of Civil Procedure Rule 4(d)(3), Spyville's response to the FAC is now due on or before April 2, 2013. (See Docket #19).

**E.  THE SERVED DEFENDANTS**

Plaintiff has also served the Summons and FAC upon the following Defendants:

1) **Smarthome, Inc.** ("Smarthome") (served on or about January 9, 2013; response due on or before January 30, 2013) (See Docket #18).

2) **Milestone Safety, LLC** ("Milestone") (served on or about January 10, 2013; response due on or before January 31, 2013) (See Docket #20). Plaintiff anticipates seeking the default of Milestone. Milestone has not asked for an extension of time to respond to the FAC.

3) **Buy.com Inc**. ("Buy.com") (served on or about January 9, 2013; response due on or before January 30, 2013) (See Docket #17). Buy.Com has not asked for an extension of time to respond to the FAC.

**F.  THE OTHER DEFENDANTS**

Plaintiff has also served a Notice of Lawsuit and Request for Waiver of Service of Summons (As to the FAC) ("Summons") as well as the FAC upon the following Defendants:

1) **MHDnet LLC dba Shones Security** (served with request January 31, 2013; response to request due March 4, 2013);

2) **Gadgets and Gear Enterprises Corporation** (served with request January 30, 2013;  response to request due March 4, 2013);

3) **Renovatio Enterprise LLC dba Stun Gun Mikes** (served with request January 30, 2013; response to request due March 4, 2013);

4) **Spy Tech International Inc. dba Spy Tech Inc.** (served with request January

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

EX PARTE RE: MOTION TO EXTEND TIME                               CASE NO.: 3:12-CV-02543-CAB-WVG

31, 2013; response to request due March 4, 2013);

5) **Atlas Technology Group, a division of Atlas Electronics, Inc.** (served with request January 31, 2013; response to request due March 4, 2013);

6) **Teton Web Stores dba RecorderGear.com** (served with request January 31, 2013; response to request due March 4, 2013);

7) **Spysonic Inc. aka Spysonic.com** (served with request January 31, 2013; response to request due March 4, 2013);

8) **Tracking System Direct** (served with request February 1, 2013; response to request due March 4, 2013);

9) **EyeSpy Pro** (served with request February 1, 2013; response to request due March 4, 2013);  ;

10) **eSales, Inc. dba Spy Supply Store** (served with request January 22, 2013; response to request due February 21, 2013);  ;

11) **Skyway Security LLC** (served with request January 30, 2013; response to request due March 4, 2013);

12) **Mini Gadgets, Inc.** (served with request January 30, 2013; response to request due March 4, 2013);

13) **Spy Shop of Arizona** (served with request February 1, 2013; response to request due March 4, 2013);

14) **The Protection Pros LLC** (served with request January 30, 2013; response to request due March 4, 2013);

15) **J & J Promotions, Inc. dba Detective.com** (served with request February 1, 2013; response to request due March 4, 2013);  and,

16) **123Greetings.com, Inc.** (served with request January 30, 2013; response to request due March 4, 2013); and,

These Defendants listed above have not yet returned Plaintiff's Request for Waiver of Service of Summons. However, apparent authorized agents and/or counsel for some of the

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*EX PARTE RE: MOTION TO EXTEND TIME*     -4-     CASE NO.: 3:12-CV-02543-CAB-WVG

above-listed Defendants have contacted Plaintiff's counsel to indicate that they will return the waiver. Plaintiff anticipates that most, if not all, of the above-listed Defendants will timely return the waivers in question.

If Plaintiff does not receive the waivers back from all of the above on or before March 4, 2013 (or sooner, depending on the deadlines specified above), it will take steps to have these Defendants personally served with the Summons and FAC. Plaintiff anticipates it will do so no later than March 15, 2013. Those Defendants listed above that have until March 4, 2013 to return the waivers in question would have until May 3, 2013 to respond to the FAC if they so return the waivers on or before that date.

## II.  BASIS FOR REQUEST FOR EXTENSION

None of the Defendants have appeared in this case to date. Plaintiff is still waiting for sixteen of the named Defendants to return the Waiver of Service of Summons. Plaintiff needs more time to work with these Defendants to see if they will return the waivers as requested. Plaintiff needs more time to ascertain whether those Defendants sent the waiver requests, noted above, are going to comply with the request and/or whether Plaintiff needs to have them personally served with the Summons and FAC should they refuse to do so. Plaintiff needs until at least March 4, 2013 to determine which of these Defendants are going to return the waivers and which must be personally served.

Additionally, to date, an apparent authorized agent of lead Defendant Diasonic as well as counsel and/or apparent, authorized agents of some of the other Defendants have indicated a willingness to discuss settlement of this matter. If a resolution can be reached in this matter, most likely such a resolution would be a global resolution that would resolve this case in its entirety as to all the parties. With the above in mind, Plaintiff seeks an extension of time not for delay, but to permit the parties an opportunity to resolve Plaintiff's claims without the need for further litigation.

## III. CONCLUSION

Accordingly, Plaintiff respectfully requests that certain of the Defendants be provided an

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-5-
EX PARTE RE: MOTION TO EXTEND TIME                                CASE NO.: 3:12-CV-02543-CAB-WVG

extension of time to respond to the FAC until May 3, 2013 or whatever date the Court deems just and reasonable under the circumstances. This request does not include the following Defendants who have not asked for an extension of time in this matter and/or for which it is anticipated they will be defaulted in this case:

1) Diasonic Technology Co. LTD.

2) Milestone Safety LLC

3) Sec Tech Enterprises LLC

4) Buy.com Inc.

Plaintiff has separately submitted a Proposed Order granting the relief requested.

Respectfully submitted,
**HANDAL & ASSOCIATES**

Dated: February 1, 2013

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

EX PARTE RE: MOTION TO EXTEND TIME         -6-         CASE NO.: 3:12-CV-02543-CAB-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 1st day of February, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: February 1, 2013        By:  /s/Pamela C. Chalk
                                    Anton N. Handal
                                    Pamela C. Chalk
                                    Gabriel G. Hedrick.
                                    Attorneys for Plaintiff
                                    e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*EX PARTE RE: MOTION TO EXTEND TIME*        -7-        CASE NO.: 3:12-CV-02543-CAB-WVG